

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**10-60340-CR-COHN/SELTZER**
CASE NO. _____

**29 U.S.C. 501(C)**

UNITED STATES OF AMERICA

vs.

JAMES DRURY,

    **Defendant.**
_____ /

### INFORMATION

The United States charges that:

### COUNT 1
### (Embezzlement of Labor Funds)

From approximately December 2005 continuing to March 2009, in the Southern District of Florida, the defendant

**JAMES DRURY,**

while an officer, that is, Secretary-Treasurer, of the Communication Workers of America Local 3121, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his/her own use and the use of others the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $306,757.53 in violation of Title 29, United States Code, Section 501(c).

## **FORFEITURE ALLEGATIONS**
### (18 U.S.C. §§ 981)

1. The allegations of Count 1 of this Information are re-alleged and, by this reference, fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461, and the procedures outlined at Title 21, United States Code Section 853.

2. Upon conviction of the violation alleged in Count 1 of this Information, the defendant, **JAMES DRURY,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to such violations. The property subject to forfeiture includes, but is not limited to:

   (a) a money judgment in the amount of $186,757.53 in
   U.S. currency.

3. If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant,

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461, and Title 21, United States Code, Section 853.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOSEPH HUYNH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JAMES DRURY,

          Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami    ____ Key West
_X_ FTL      ____ WPB    ____ FTP

New Defendant(s)    Yes _X_    ___ No
Number of New Defendants    1
Total number of counts    1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I      0 to 5 days      _X_           Petty      ____
   II     6 to 10 days    ____           Minor     ____
   III    11 to 20 days   ____           Misdem.   ____
   IV    21 to 60 days   ____           Felony    _X_
   V     61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    _X_ No

                                                    _____
                                                    JOSEPH H. HUYNH
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Florida Bar No. 0527939

*Penalty Sheet(s) attached                                                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JAMES DRURY

**Case No:**

**Count #: 1**

Embezzlement of Labor Funds
29 U.S.C. § 501(C)

**\* Max.Penalty:** 20 Years' Imprisonment; 3 Years' Supervised Release; $250,000.00 Fine

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JAMES DRURY

$100,000 Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Joseph H. Huynh

Last Known Address: _____

What Facility: _____

Agent(s): _____
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)